IT IS SO ORDERED.

*s/Dan Aaron Polster*
**DAN AARON POLSTER**
**U.S. DISTRICT JUDGE**
**Date: 2/20/2025**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DARREN AND ELENA FLANAGAN, INDIVIDUALLY AND AS NEXT FRIEND AND GUARDIAN OF BABY K.L.F., | MDL NO. 2804 |
| AND | |
| SHARON A. WALKER, AND DAVID S. WALKER, INDIVIDUALLY AND AS NEXT FRIEND OF BABY C.W., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | CASE NO: 1:18-OP-45405-DAP |
| | JUDGE DAN AARON POLSTER |
| Plaintiffs, | |
| v. | |
| PURDUE PHARMA L.P., et al. | |
| Defendants. | |

## NOTICE OF DISMISSAL

Plaintiffs, Darren and Elena Flanagan, individually and as next friend of Child K.L.F., and Sharon and David Walker, individually and as next friend of Baby C.W., on behalf of themselves and all other similarly situated legal guardians, hereby give notice of the dismissal of their action without prejudice pursuant to FRCP Rule 41(a)(1)(A)(i).

Respectfully submitted by:

*/s/Scott R. Bickford*
MARTZELL, BICKFORD & CENTOLA
Scott R. Bickford
Spencer R. Doody
338 Lafayette Street
New Orleans, Louisiana 70130
Telephone: 504-581-9065
Facsimile: 504-581-7635
Email:  srb@mbfirm.com